UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRED SCHLAFFER; and DEENA SCHLAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.; THE PORT AUTHORITY OF NEW YORK & NEW JERSEY; JOHN DOES 1-10 (being fictitious persons whose identities are currently unknown); and ABC CO. 1-10 (being fictitious business entities whose identities are currently unknown),<br><br>Defendants. | Civil Action No. 22-1997 (JXN) (JSA)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court upon the Report and Recommendation ("R&R") of the Honorable Jessica S. Allen, U.S.M.J. ("Judge Allen"), dated October 4, 2022, (ECF No. 15), recommending that Plaintiffs Fred Schlaffer and Deena Schlaffer's (collectively, "Plaintiffs") Motion to Remand to the Superior Court of New Jersey, Law Division, Essex County, (ECF No. 5), be granted; and the parties having been advised that, pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(2), and L. Civ. R. 72.1(c)(2), they may file and serve objections within fourteen (14) days after receiving a copy of Judge Allen's R&R; and no objections to the R&R have been received, and the time for objections has expired; and the Court having reviewed the reasons set forth in Judge Allen's R&R, and for good cause shown,

**IT IS** on this 19th day of October 2022,

**ORDERED** that the R&R of Judge Allen dated October 4, 2022, (ECF No. 15), is **ADOPTED** as the as the conclusions of law of this Court and Plaintiffs' Motion to Remand, (ECF No. 5), is **GRANTED**; it is further

**ORDERED** that this action is hereby **REMANDED** to the Superior Court of New Jersey, Law Division, Essex County; and it is further

**ORDERED** that the Clerk is directed to **CLOSE** this case.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**